JOHN ALBRECHT
General Counsel
Nevada Bar No. 4504
2215 Raggio Parkway
Reno, Nevada 89512
(775) 673-7396
(775) 673-7315--fax
John.Albrecht@dri.edu
Attorney for Defendant

```
FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           OCT - 8 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM GALLEGOS, | ORDER |
| Plaintiff, | CASE NO.: 3:19-cv-00596 |
| vs. | STIPULATION TO EXTEND TIME TO FILE MOTIONS (First Request) |
| STATE OF NEVADA ex rel. NEVADA SYSTEM OF HIGHER EDUCATION dba TRUCKEE MEADOWS COMMUNITY COLLEGE | |
| Defendant. | |

    Defendant Nevada System of Higher Education, by its attorney, John Albrecht, Truckee Meadows Community College, and Plaintiff William Gallegos, by his attorney, Mark Mausert, hereby stipulate that the Defendant Nevada System of Higher Education has up to and including November 7, 2019 to file motions or file an answer. The reason for the request is that Defendant's Attorney will be on vacation and unavailable to respond.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1  /s/ John Albrecht
John Albrecht
2  Attorney for Defendant
Nevada System of Higher Education

/s/ Mark Mausert
Mark Mausert
Attorney for Plaintiff
William Gallegos

Dated: October 7, 2019

Dated: October 7, 2019

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 10/8/2019

- 2 -