JOHN ALBRECHT
General Counsel
Nevada Bar No. 4504
2215 Raggio Parkway
Reno, Nevada 89512
(775) 673-7396
(775) 673-7315--fax
John.Albrecht@dri.edu
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM GALLEGOS,<br><br>   Plaintiff,<br><br>   vs.<br><br>STATE OF NEVADA ex rel. NEVADA SYSTEM OF HIGHER EDUCATION, dba TRUCKEE MEADOWS COMMUNITY COLLEGE, KARIN HILGERSOM and DOES I-X<br><br>   Defendant. | **CASE NO.: 3:19-cv-00596**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The Plaintiff, William Gallegos, by his attorney, Mark Mausert, and the Defendants, State of Nevada ex rel. System of Higher Education doing business as Truckee Meadows Community College and Karin Hilgersom, by their attorney, John Albrecht, General Counsel, Truckee Meadows Community College, hereby stipulate to the dismissal with prejudice of the first amended complaint in this case. Each party shall bear her or its own costs and attorney fees shall be paid and have been paid as included in a settlement agreement reached by the parties.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

DATED: April 23, 2020                              DATED: April 23, 2020

/s/ Mark Mausert                                    /s/ John Albrecht
Mark Mausert                                        John Albrecht
Nevada Bar No. 2398                                 Nevada Bar No. 4504
729 Evans Avenue                                    2215 Raggio Parkway
Reno, Nevada 89512                                  Reno, Nevada 89512
(775) 786-5477                                      (775) 673-7396
*Attorney for Plaintiff William Gallegos*           *Attorney for Defendants State of Nevada ex rel. Nevada System of Higher Education dba Truckee Meadows Community College and Karin Hilgersom*

## ORDER

**CASE DISMISSED.  IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATE: April 23, 2020

- 2 -